[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 531.]

GUCCIARDO ET AL., APPELLANTS, *v.* STOW [-MUNROE FALLS] CITY SCHOOL

DISTRICT BOARD OF EDUCATION, APPELLEE.

[Cite as *Gucciardo v. Stow-Munroe Falls City School Dist. Bd. of Edn.*,

2000-Ohio-473.]

*Court of appeals' judgment reversed and cause remanded on authority of State ex*

*rel. Clark v. Greater Cleveland Regional Transit Auth.*

(No. 99-181—Submitted November 30, 1999—Decided January 19, 2000.)

APPEAL from the Court of Appeals for Summit County, No. 18945.

————————————

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald G. Macala* and *Kathleen K. McKinley*, for appellants.

*Whalen & Compton Co., L.P.A., G. Frederick Compton, Jr., R. Brent Minney* and *Craig A. Robinson*, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *State ex rel. Clark v. Greater Cleveland Regional Transit Auth.* (1990), 48 Ohio St.3d 19, 548 N.E.2d 940.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————